

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

BRADLEY J. BARTLETT

*and*

DEBORAH L. BARTLETT,
   Debtors

Ch. 13
19-10061-JNF

## Proceeding Memorandum

**MATTER:**

#32 Expedited Motion of Debtors for Sale of Property free and clear of liens under Section 363(f) Re: 1 Long Swamp Road, Bourne, MA (Thomas Benner)

Objections / Higher Offers due 4/16/2019

**Decision set forth more fully as follows:**

There being proper notice, an opportunity for a hearing, and no objections or higher offers, the Motion is granted. The hearing scheduled for April 18, 2019 is canceled. The Debtor shall submit a proposed form of order with respect to the Motion within 7 days of the date of this proceeding memorandum.

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 4/17/2019